```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2793

 5

 6                IN THE UNITED STATES DISTRICT COURT

 7              FOR THE EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,    )  No. 2:06-cr-00454-MCE
                                 )
10          Plaintiff,           )
                                 )
11      v.                       )
                                 )  MOTION TO DISMISS PETITION
12  ORLAND BIRDSONG,             )  OF VIOLATION OF SUPERVISED
                                 )  RELEASE; ORDER
13          Defendant.           )
    _____)
14
```

15      Plaintiff United States of America, by and through its

16 undersigned counsel, submits this motion to dismiss the

17 supervised release violation petition filed in this case against

18 ORLAND BIRDSONG on December 18, 2006.  The probation officer

19 concurs with dismissing the petition.

20 DATED: December 13, 2007        McGREGOR W. SCOTT
                                   United States Attorney
21

22                           By:   /s/ Matthew C. Stegman
                                   MATTHEW C. STEGMAN
23                                 Assistant U.S. Attorney

24 ///

25 ///

26 ///

27 ///

28 ///

1 | **IT IS SO ORDERED.**  It is further ordered the January 10,
2 | 2008 Supervised Release Hearing is vacated.

Dated: December 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE